FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 19 2015

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CARL CHAPPLE<br><br>  Defendant. | CASE NO. CR 08-508-DSF-ODW<br><br>ORDER OF DETENTION AFTER<br>HEARING ( Fed.R.Crim.P. 32.1(a)(6)<br>Allegations of Violations of Probation<br>Supervised Release)<br>Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  ( ✓ )  the appearance of defendant as required; and/or

(B)  ( ✓ )  the safety of any person or the community.

//
//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _Defendant submits to detention._

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _See above._

IT IS ORDERED that defendant be detained.

DATED: June 19, 2015

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE